IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS

CLARENCE ROSS                                                           PLAINTIFF

V.                            NO. CV-2014-__38__

WHOLE FOODS MARKET
ROCKY MOUNTAIN/SOUTHWEST, L.P.
d/b/a WHOLE FOODS MARKET                                DEFENDANT

## COMPLAINT

Comes now the plaintiff by and through his attorney, Don R. Etherly, and for his cause of action, states:

1. That the plaintiff at all times pertinent to this cause of action was a resident and citizen of Phillips County, Arkansas.

2. That the defendant, Whole Foods Market Rocky Mountain/Southwest, L.P. at all times pertinent to this cause of action was a corporation believed to be doing business as Whole Foods Market in Little Rock, Pulaski County, Arkansas.

3. That on October 20, 2013, the plaintiff, Clarence Ross was a patron who entered the defendant's business for the purpose of buying various items.

4. That while shopping for items, the plaintiff slipped and fell on some foreign substance as a result of the defendant's negligence.

5. That as a result of the accident, the plaintiff suffered grievous injuries which necessitated the constant application of medications to relieve the pain.

6. That as a direct result of this accident, the plaintiff has undergone medical treatment by various medical providers and will require additional medical treatment into the unknown future.

7. That the aforementioned medical services have caused the plaintiff to become indebted to numerous medical providers.

At 11:20 O'Clock __A__M
FEB 07 2014
LYNN STILLWELL
PHILLIPS COUNTY CIRCUIT CLERK
By_____D.C.

EXHIBIT 1

8. That the plaintiff was without contributory negligence.

9. That the negligence of the defendant consisted of:

    (a) Failure to properly inspect its premises; and,

    (b) Failure to properly maintain its premises in a safe condition;

    (c) Failure to make its premises safe for patrons;

    (d) Failure to warn it patrons of dangerous conditions on the premises

10. That the plaintiff has suffered permanent injuries that will cause continuous pain and suffering for the remainder of his life and he will incur future medical expenses as a result thereof.

Wherefore, the plaintiff, prays for the following relief:

    (a)    $25,000 for pain and suffering;

    (b)    $15,000 for permanent injury;

    (c)    Damages for medical expenses, past, present and future;

    (d)    For the cost of this suit and all other relief deemed just by this Court.

Respectfully Submitted,
Don R. Etherly, ABN 99048
423 Rightor Street
Helena-WH, AR 72342

*[signature]*