IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CLARENCE ROSS                                                                PLAINTIFF

v.                              No. 2:14-cv-30-DPM

WHOLE FOODS MARKET ROCKY
MOUNTAIN/SOUTHWEST LP d/b/a
WHOLE FOODS MARKET                                              DEFENDANT

## ORDER

Discovery report, № 12, noted. Ross's inattention to this case is troubling. Ross's initial disclosures due by 19 September 2014. Ross's discovery responses due by 30 September 2014. Any objection to discovery, except one based on privilege or work product, has been waived. If Ross does not meet these new deadlines, Whole Foods should move for sanctions.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 September 2014