IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CLARENCE ROSS                                                PLAINTIFF

v.                          No. 2:14-cv-30-DPM

WHOLE FOODS MARKET ROCKY
MOUNTAIN/SOUTHWEST LP d/b/a
WHOLE FOODS MARKET                                           DEFENDANT

## JUDGMENT

Ross's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 October 2014